## ATTACHMENT A

### ITEMS/LOCATIONS TO BE SEARCHED

SUBJECT PREMISES A (Home of Thomas Robertson): The premises to be searched is the property located 1765 Otter Drive, Ferrum, Virginia, 24088.

SUBJECT PREMISES B (Home of Jacob Fracker): The premises to be searched is the property located at 1775 Scuffling Hill Road, Rocky Mount, VA, 24151, as depicted here:



22