CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

January 22, 2021

JULIA C. DUDLEY, CLERK
BY: A. Seagle
DEPUTY CLERK

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 7:21mj8 | Date and time warrant executed: 1/19/21 11:20am | Copy of warrant and inventory left with: Michelle Sanchez |

Inventory made in the presence of: Michelle Sanchez

Inventory of the property taken and name(s) of any person(s) seized:

No Items Seized

CGJ 1/19/21

**Received in Chambers**
By Reliable Electronic Means

January 20, 2021

**Hon. Robert S. Ballou**
**United States Magistrate**

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/19/21

_____
Executing officer's signature

Charles Jarboe SA FBI
Printed name and title